UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ERIC GRIFFIN,<br><br>        Defendant, | 2:09-cr-493-RLH-RJJ<br><br>O R D E R |

This matter was submitted to the undersigned Magistrate Judge on the following motions filed in pro per by Defendant, Eric Griffin:

1. Emergency Motion to Dismiss Counsel (#176);
2. Motion to Dismiss Counsel (#202); and,
3. Motion to Dismiss Counsel (#215).

The Court having reviewed the Motions (#176, #202 and #215) and the file herein, makes the following findings:

    a.     The Court has found Defendant, Eric Griffin, incompetent pursuant to 18 U.S.C. §4241(a).

    b.     The parties are still litigating (briefing) whether Defendant, Eric Griffin, should be involuntarily medicated.

    c.     No coherent reasons are stated for the discharge of current counsel.

    d.     Previous motions of this type have been denied (#32, #63, #100, #102, #118, #121, #131, #136, and #154.

      e.      No new basis is presented for Defendant, Eric Griffin's request.

Based on the foregoing and good cause appearing therefore,

IT IS HEREBY ORDERED that the following motions are DENIED:

1.      Emergency Motion to Dismiss Counsel (#176);

2.      Motion to Dismiss Counsel (#202); and,

3.      Motion to Dismiss Counsel (#215).

DATED this __20th__ day of September, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge