UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Dist. Ct. No. 2:09-cr-00493-RLH-RJJ |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| ERIC GRIFFIN | |
| Defendant. | |

Based on good cause showing and the lack of opposition from government counsel, it is hereby ORDERED that Defendant Eric Griffin shall have until Tuesday, September 20, 2011, to file a Response to the Government's Motion to Involuntarily Administer Medication, docket entry 212.

The Government shall have seven days after service of Griffin's Response to file the optional Reply.

DATED this the  20th  day of September, 2011

_____
UNITED STATES DISTRICT JUDGE