FILED  RECEIVED
ENTERED  SERVED ON

2012 JAN -4  P 1:42

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Eric Griffin<br><br>Defendant. | District No.  2:09-CR-0493-RLH-RJJ |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On December 20th, 2011 this court received a transcript order form dated December 19th, 2011 requesting a Transcript of the Competency Hearing held on August 6th, 2010 from Mr. Jason Carr, Counsel for Mr. Eric Griffin, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defendant Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 3 day of January 2012.

Roger L. Hunt
United States Judge