1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                              DISTRICT OF NEVADA

9                                    * * *

10   UNITED STATES OF AMERICA,          )
                                        )
11                                      )
                 Plaintiff,             )          2:09-cr-493-RLH-RJJ
12                                      )
     vs.                                )
13                                      )
                                        )
14   ERIC GRIFFIN,                      )               O R D E R
                                        )
15                                      )
                 Defendant,             )
16   _____)

17          This matter is before the Court on an Emergency Medical Injunction Request (#286) filed

18   pro per by Defendant, Eric Griffin.

19          The Court having reviewed the Motion (#286) and the file herein makes the following

20   findings:

21          1.     The Motion (#286) was filed in proper person by Defendant, Eric Griffin

22          2.     Defendant, Eric Griffin, is represented by AFPD, Jason Carr.

23          3.     LR IA 10-6 states in part "a party who has appeared by attorney cannot while so
                   represented appear or act in the case. . . ."
24
            Therefore,
25
            IT IS HEREBY ORDERED that the Clerk shall strike the Emergency Medical Injunction
26
     Request (#286) filed pro per by Defendant, Eric Griffin.
27
            IT IS FURTHER ORDERED that the Clerk shall send a copy of the Emergency
28

1  Medical Injunction Request (#286) filed pro per by Defendant, Eric Griffin, to defendant's

2  attorney of record, APFD Jason Carr.

3        DATED this ___12th___ day of June, 2012.

4

5

6                    _____

                  ROBERT J. JOHNSTON

7                    United States Magistrate Judge