1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9                        * * *

10   UNITED STATES OF AMERICA,          )
                                        )
11                Plaintiff,            )        2:09-cr-493-RLH-RJJ
                                        )
12   vs.                                )
                                        )
13                                      )
     ERIC GRIFFIN,                      )        O R D E R
14                                      )
                                        )
15                Defendant,            )
                                        )
16   _____ )

17          This matter is before the Court on Defendant Eric Griffin's Motion to Dismiss

18   Defendants Counsel Jason Carr and the Federal Public Defenders Office (#260).

19          The Court having reviewed the Motion (#260) and good cause appearing therefore,

20          IT IS HEREBY ORDERED that Defendant Eric Griffin's Motion to Dismiss Defendants

21   Counsel Jason Carr and the Federal Public Defenders Office (#260) is DENIED.

22          DATED this __13th__ day of June, 2012.

23

24

25          _____
                            ROBERT J. JOHNSTON
26                          United States Magistrate Judge

27

28