UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-cr-493-RLH-RJJ |
| vs. | ) | |
| ERIC GRIFFIN, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on the following motions filed by Defendant Eric Griffin:

1. Writ Requesting Detention Hearing (#259);
2. Motion to Dismiss Indictment Due to Speedy Trial Violation (#266);
3. Motion for a Prompt Bail Hearing (#267);
4. Motion to Suppress Probations Report (#268);
5. Motion for Dismissal of Indictment (#270);
6. Motion to Dismiss Indictment (#274);
7. Motion to Dismiss Indictment (#275);
8. Motion for a Prompt Bail Hearing (#276); and,
9. Motion for Contempt Proceeding and for Counsel to Perfect This Motion (#277).

The Court having reviewed the above referenced motions and the file here makes the following findings:

    a. The motions identified above were filed in proper person by Defendant, Eric Griffin.

    b. Defendant Eric Griffin is represented by AFPD, Jason Carr.

      c.      LR IA 10-6 state in part "a party who has appeared by attorney cannot while so represented appear or act in the case. . . ."

Therefore,

IT IS HEREBY ORDERED that all of the motions identified above are DENIED.

IT IS FURTHER ORDERED that the Clerk shall strike all of the motions identified above.

DATED this __13th__ day of June, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge