# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:09-CR-493 RLH RJJ |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| ERIC GRIFFIN ) | |
| ) | |
| Defendant. ) | |

Based upon the pending Motion from the government, and good cause appearing thereof,

IT IS HEREBY ORDERED that Eric Griffin, defendant herein, be transported to the Federal Medical Center in Springfield, Missouri and that:

(1) the facility implement this Court's Order Dated November 14, 2011 granting Government's motion to involuntarily medicate the defendant (Attachment 1); and

(2) Comply with the additional restrictions outlined by the Ninth Circuit memorandum Dated June 18, 2012 (Attachment 2).

The Court finds that the period of time required by the above-described psychiatric or psychological examination of defendant, and the Court's determination of defendant's competency to stand trial and his sanity at the time of the offense charged is excludable time under the United States Constitution, the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(A), and Rule 5.1 of the Federal Rules of Criminal Procedure.

Dated this 2nd day of August, 2012.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE