UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERIC GRIFFIN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2:09-CR-493-RLH-RJJ<br><br>**O R D E R**<br>(Emergency Motion to Stay and Motion<br>To Dismiss Indictment–##316, 317)<br>(Notice of Appeal. Emergency Motion to<br>Stay–## 318, 319) |

Before the Court are several motions filed *pro se* and some incorrectly identified in the docket. The first is an **Emergency Motion to Stay Force Medication Order** and **Motion to Dismiss Indictment with Prejudice** (#316, filed September 19, 2012, and identified only by the Motion to Stay in the docket sheet). The second is the same two motions (#317, this time characterized as a Motion to Dismiss). The third and fourth are also filed twice because they appear to be two documents. They are entitled, **Notice of Interlocutory Appeal. Emergency Motion to Stay Force Medication Order** (##318, 319, also filed September 19, 2012).

Griffin continues to repeatedly file the same motions after they have been repeatedly denied, the denial appealed and the denial affirmed by the Ninth Circuit Court of Appeals. This is true of the Motion to Stay Force Medication Order as well as the Motion to Dismiss Indictment. Furthermore, pursuant to Orders of the Ninth Circuit, including dkt ## 301 and 306, Griffin is forbidden to file *pro se* documents because he has counsel and such motions are not to be entertained; and, his appeal was found to be so insubstantial as to not warrant further review and not be permitted to proceed.

Accordingly, IT IS HEREBY ORDERED that the **Emergency Motion to Stay** and **Motion to Dismiss Indictment** (## 316, 317) and the **Notice of Appeal. Emergency Motion to Stay** (## 318, 319) are DENIED and STRICKEN.

Dated: September 28, 2012.

_____
**Roger L. Hunt
United States District Judge**