# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-cr-493-RLH-RJJ |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | (Motions to Perfect; Dismiss; and |
| ) | Stay Medication Order–#324 & #325) |
| ERIC GRIFFIN, ) | |
| ) | |
| Defendant. ) | |

Before the Court are three motions contained in one document (which is, in and of itself, a violation of the Local Rules). The Motions are:

(1) Emergency Motion for Defense Counsel to Perfect this Motion;

(2) Motion to Dismiss Indictment; and

(3) Emergency Motion to Stay Force Medication Order.

The motions will be stricken. Local rule LR IA 10-6 provides that, "a party who has appeared by attorney cannot while so represented appear or act in the case. . . ." In this case, Defendant Griffin is represented by Assistant Federal Public Defender Jason Carr.

IT IS THEREFORE ORDERED that Defendant's Emergency Motion for Defense Counsel to Perfect this Motion; Motion to Dismiss Indictment; and Emergency Motion to Stay Force Medication Order are each STRICKEN.

Dated: January 7, 2013.

_____
Roger L. Hunt
**United States District Judge**