# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-cr-00493-RLH-GWF |
| Plaintiff, | **O R D E R** |
| vs. | (Motion to Dismiss Current Counsel and any FPD Counsel that May be Appointed in the Future –#350) |
| ERIC GRIFFIN, | |
| Defendant. | |

Before the Court is Defendant Eric Griffin's **Motion to Dismiss Current Counsel and any FPD Counsel that May be Appointed in the Future** (#350, filed Apr. 4, 2013). This Motion is Defendant's latest of at least 12 complaints against his Counsel in the docket. The Court has previously determined that Defendant's arguments were without merit and presently concludes the same. In fact, the Court finds that both Defendant's present and former Counsel have pursued the case with all diligence and represented Mr. Griffin with vigor.

Notwithstanding the Court's consideration and rejection of Defendant's numerous motions, Defendant continues to bring these motions without presenting any additional information, allegation, or argument. Consequently, the Court finds the Motion to be spurious and

AO 72
(Rev. 8/82)

denies and strikes it. Additionally, any similar motion containing baseless allegations against Counsel that Defendant may subsequently bring will similarly be denied and stricken.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant Eric Griffin's Motion to Dismiss Current Counsel and any FPD Counsel that May be Appointed in the Future (#350) is DENIED and STRICKEN.

Dated: April 9, 2013.

_____
**ROGER L. HUNT**
**United States District Judge**